No. 58. FIRST ADDITION TO THE RATTLE SNAKE DRAIN- AGE DISTRICT ET AL. *v.* BODEMAN ET AL. Argued December 6, 1929. Decided December 9, 1929. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question, on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. Treating the papers whereon the appeal was allowed as a petition for certiorari, as required by § 237 (c) of the Judicial Code, as amended by the act of February 13, 1925 (c. 229, 43 Stat. 936, 938), the certiorari is denied. *Messrs. Charles E. Buell, Frank Lucas, H. L. Butler,* and *R. M. Rieser* submitted for appellants. *Mr. Frank W. Hall,* with whom *Messrs. Wm. R. Bagley, John F. Baker,* and *Laurence W. Hall* were on the brief, for appellees.